AMERICAN INSULATION COMPANY, Respondent, v. MORRELL VROOMAN, INC., Appellant.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARIE ARDIZZONE, Respondent, v. BETHLEHEM STEEL COMPANY, Appellant, Impleaded with Another, Defendant.— Award unanimously affirmed, with costs to the State Industrial Board".

Before STATE INDUSTRIAL BOARD, Respondent. ARMENIG ARTAMIAN, Respondent, v. ALUMINUM COMPANY OF AMERICA, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRED BRUSSO, Respondent, v. UNITED STATES LIGHT AND HEAT CORPORATION and Another, Appellants.— Award reversed and matter remitted, on the ground that the finding excusing failure to give written notice of the injury was erroneous in law and without evidence to sustain it, with costs against the State Industrial Board to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK BRAUN, Respondent, v. JOSEPH A. SANDERS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. BELA BURTON, Respondent, v. ARCADE AND ATTICA RAILROAD CORPORATION, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no finding as to permanency of injury, and upon the further ground that the proof does not justify an award for partial loss of use of the hand. All concur.